IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02774-LTB

DAVID JOSEPH HOVER,

    Applicant,

v.

JAMES FALK, Warden, D.O.C. S.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO],

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 8, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 8 day of November, 2012.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/ S. Grimm
                        Deputy Clerk